**Order filed March 13, 2012.**



**In The**

# Fourteenth Court of Appeals

_____

## NO. 14-11-00936-CR
_____

**MICHAEL WAYNE COMEAUX, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 174th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1275099**

## ORDER

The reporter's record in this case was due December 12, 2011. *See* Tex. R. App. P. 35.1. **Marcia Barnett** was granted an extension of time to file her portion of the record until January 30, 2012.

The record has not been filed with the court. The court has not received another request to extend time for filing the record from **Marcia Barnett**.

We order **Marcia Barnett** to file her portion of the record in this appeal **on or before April 12, 2012.**

PER CURIAM